UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUSTIN DELOACH,<br><br>               Plaintiff,<br><br>v.<br><br>IMPERIA ENGINEERING PARTNERS<br><br>               Defendant. | Civil Action No.: 1:21-cv-10608-RMB-SAK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that all claims that were, or could have been, asserted by plaintiff Justin DeLoach in this action are hereby dismissed, with prejudice, and with each party to bear its own attorneys' fees, costs, and expenses, and with all rights of appeal waived.

| JUSTIN DELOACH | IMPERIA ENGINEERING PARTNERS, LLC, |
|---|---|
| By his attorneys | By its attorneys, |
| /s/ David M. Keller<br>David M. Keller, Esq.<br>Koller Law, LLC<br>2043 Locust Street, Suite 1B<br>Philadelphia, PA 19103<br>Phone No.: (215) 545-8917<br>Fax No.: (215) 575-0826<br>davidk@kollerlawfirm.com<br>*Attorneys for Plaintiff* | /s/ Allison L. Hollows<br>Allison L. Hollows, Esq.<br>Fox Rothschild LLP<br>Princeton Pike Corporate Center<br>997 Lenox Drive<br>Lawrenceville, NJ 08648-2311<br>Phone No.: (609) 896-3600<br>Fax No.: (609) 896-1469<br>ahollows@foxrothschild.com<br>    -and-<br>Matthew C. Moschella, Esq.<br>(*pro hac vice*)<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 646-2000 |

01125398.8

mcmoschella@sherin.com

Dated  February \_\_\_\_, 2022

01125398.8